1 | DAVID GROSSMAN (SBN 211326)
dgrossman@loeb.com
2 | ROBERT J. CATALANO (SBN 240654)     **MADE JS-6**
rcatalano@loeb.com
3 | LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
4 | Los Angeles, California 90067-4120
Telephone: 310-282-2000
5 | Facsimile: 310-282-2200

6 | JONATHAN ZAVIN (Admitted *pro hac vice*)
jzavin@loeb.com
7 | LOEB & LOEB LLP
345 Park Avenue
8 | New York, New York 10154-1895
Telephone: 212-407-4000
9 | Facsimile: 212-407-4990

10 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA PETRELLA, an individual, | Case No. CV 09-0072 GW (MANx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| METRO-GOLDWYN-MAYER, INC., a corporation; METRO-GOLDWYN-MAYER STUDIOS, INC., a corporation; METRO-GOLDWYN-MAYER HOME ENTERTAINMENT, LLC, a limited liability company; METRO-GOLDWYN-MAYER HOME ENTERTAINMENT DISTRIBUTION CORPORATION, a corporation; UNITED ARTISTS CORPORATION, a corporation; 20TH CENTURY FOX HOME ENTERTAINMENT, LLC, a limited liability company; and DOES 1 THROUGH 10, inclusive, | |
| Defendants. | |

LA1930804.1
202822-10081

[PROPOSED] JUDGMENT
Case No. CV 09-0072 GW (MANx)

1  The Motion for Summary Judgment ("Motion") submitted by METRO-GOLDWYN-MAYER INC. (erroneously sued as "METRO-GOLDWYN-MAYER, INC."), METRO-GOLDWYN-MAYER STUDIOS INC. (erroneously sued as "METRO-GOLDWYN-MAYER STUDIOS, INC."), METRO-GOLDWYN-MAYER HOME ENTERTAINMENT LLC (erroneously sued as "METRO-GOLDWYN-MAYER HOME ENTERTAINMENT, LLC"), MGM HOME ENTERTAINMENT DISTRIBUTION CORP. (erroneously sued as "METRO-GOLDWYN-MAYER HOME ENTERTAINMENT DISTRIBUTION CORPORATION"), UNITED ARTISTS CORPORATION, and TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC (erroneously sued as "20TH CENTURY FOX HOME ENTERTAINMENT, LLC") (collectively "Defendants") came on regularly for hearing before the Honorable George H. Wu, U.S. District Judge, and the submissions of the parties having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

IT IS HEREBY ORDERED AND ADJUDGED AND DECREED that, for reasons set forth in this Court's Statement of Decision dated February 3, 2010, all of Plaintiff's claims are hereby dismissed with prejudice, Defendants shall recover their costs from Plaintiff in an amount to be determined by the Court.

Dated: April 26, 2010

_____
Honorable George H. Wu
U.S. District Court Judge