

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 22 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PAULA PETRELLA, an individual,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>METRO-GOLDWYN-MAYER, INC., a corporation; METRO-GOLDWYN-MAYER STUDIOS, INC., a corporation; METRO-GOLDWYN-MAYER HOME ENTERTAINMENT, LLC, a limited liability company; METRO-GOLDWYN-MAYER HOME ENTERTAINMENT DISTRIBUTION CORPORATION, a corporation; UNITED ARTISTS CORPORATION, a corporation; 20TH CENTURY FOX HOME ENTERTAINMENT, LLC, a limited liability company,<br><br>        Defendants - Appellees. | No. 10-55834<br><br>D.C. No. 2:09-cv-00072-GW-MAN<br>Central District of California, Los Angeles<br><br>ORDER<br><br> |
| PAULA PETRELLA, an individual,<br><br>        Plaintiff - Appellee,<br><br>  v.<br><br>METRO-GOLDWYN-MAYER, INC., a corporation; METRO-GOLDWYN-MAYER STUDIOS, INC., a corporation; METRO-GOLDWYN-MAYER HOME | No. 10-55853<br><br>D.C. No. 2:09-cv-00072-GW-MAN<br>Central District of California, Los Angeles |

|  |
|---|
| ENTERTAINMENT, LLC, a limited liability company; METRO-GOLDWYN-MAYER HOME ENTERTAINMENT DISTRIBUTION CORPORATION, a corporation; UNITED ARTISTS CORPORATION, a corporation; 20TH CENTURY FOX HOME ENTERTAINMENT, LLC, a limited liability company, <br><br>         Defendants - Appellants. |

Before: W. FLETCHER and FISHER, Circuit Judges, and ZOUHARY, District Judge.[*]

The defendants' motion for leave to file supplemental brief on remand from the Supreme Court, filed on July 1, 2014, is DENIED.

---

[*]The Honorable Jack Zouhary, District Judge for the U.S. District Court for the Northern District of Ohio, sitting by designation.