DAVID GROSSMAN (SBN 211326)
dgrossman@loeb.com
Loeb & Loeb LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

JONATHAN ZAVIN
(Admitted Pro Hac Vice)
jzavin@loeb.com
LOEB & LOEB LLP
345 Park Ave.
New York, NY 10154
Telephone: 212-407-4161
Facsimile: 212-658-9105

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA PETRELLA, an individual<br><br>Plaintiff,<br><br>v.<br><br>METRO-GOLDWYN-MAYER, INC., a corporation; METRO-GOLDWYN-MAYER STUDIOS, INC., a corporation; METRO-GOLDWYN-MAYER HOME ENTERTAINMENT, LLC, a limited liability company; METRO-GOLDWYN-MAYER HOME ENTERTAINMENT DISTRIBUTION CORPORATION, a corporation; UNITED ARTISTS CORPORATION, a corporation; 20TH CENTURY FOX HOME ENTERTAINMENT, LLC, a limited liability company; and DOES 1 THROUGH 10, inclusive<br><br>Defendants. | Case No.: CV-09-0072 GW (MANx)<br><br>Assigned to Hon. George H. Wu<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>[Memorandum of Points and Authorities; Declarations of David Grossman and Mark Rose; Separate Statement of Uncontroverted Facts and Conclusions of Law; [Proposed] Judgment filed concurrently herewith]<br><br>Date: April 20, 2015<br>Time: 8:30 a.m.<br>Courtroom: 10 |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2410475.2
202822-10081

DEFENDANTS' NOTICE OF MOTION AND
MOTION FOR SUMMARY JUDGMENT

**TO PLAINTIFF AND HER COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on April 20, 2015, at 8:30 a.m., or as soon thereafter as counsel may be heard in the Courtroom of the Honorable George H. Wu, United States District Judge, Central District of California, located at 312 North Spring Street, Los Angeles, CA 90012, defendants METRO-GOLDWYN-MAYER INC. (erroneously sued as "METRO-GOLDWYN-MAYER, INC."), METRO-GOLDWYN-MAYER STUDIOS INC. (erroneously sued as "METRO-GOLDWYN-MAYER STUDIOS, INC."), METRO-GOLDWYN-MAYER HOME ENTERTAINMENT LLC (erroneously sued as "METRO-GOLDWYN-MAYER HOME ENTERTAINMENT, LLC"), MGM HOME ENTERTAINMENT DISTRIBUTION CORP. (erroneously sued as "METRO-GOLDWYN-MAYER HOME ENTERTAINMENT DISTRIBUTION CORPORATION") (the first four defendants are collectively referred to as "MGM"), UNITED ARTISTS CORPORATION, TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC (erroneously sued as "20TH CENTURY FOX HOME ENTERTAINMENT, LLC") (collectively with MGM, "Defendants") will and hereby do move for summary judgment as to the claim for copyright infringement brought by plaintiff Paula Petrella ("Plaintiff").

This Motion is made on the grounds that Plaintiff's claim of infringement fails as a matter of law. Specifically: (1) Plaintiff's claim fails because Plaintiff is barred by the doctrines of estoppel by contract and equitable estoppel from contradicting the contractual representations of her predecessor-in-interest with respect to the order of creation of the literary works that give rise to the claim herein; and (2) Plaintiff's copyright infringement claim also fails because Plaintiff's work is not substantially similar to the Film.

This Motion is based on this Notice of Motion and Motion, Memorandum of Points and Authorities in support thereof, the Statement of Uncontroverted Facts and Conclusions of Law filed herewith, the Declarations of David Grossman and Mark

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2410475.2
202822-10081

1

DEFENDANTS' NOTICE OF MOTION AND
MOTION FOR SUMMARY JUDGMENT

Rose and exhibits thereto filed herewith, the [Proposed] Judgment lodged herewith, the Court file, any reply Defendants may make, and any further evidence and argument as may be presented to the Court prior to or at the hearing on this Motion, or subsequent thereto as permitted by the Court.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on March 3, 2015. No resolution was reached.

Dated: March 16, 2015

LOEB & LOEB LLP
JONATHAN ZAVIN
DAVID GROSSMAN

By: */s/ David Grossman*
David Grossman
Attorneys for Defendants

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2410475.2
202822-10081

2

DEFENDANTS' NOTICE OF MOTION AND
MOTION FOR SUMMARY JUDGMENT