1  GLEN L. KULIK (SBN 82170)
   gkulik@kgslaw.com
2  Kulik Gottesman & Siegel LLP
   15303 Ventura Blvd., Suite 1400
3  Sherman Oaks, CA 91403
   Telephone: (310) 557-9200; (818) 817-3600
4  Facsimile: (310) 557-0224

5  Attorneys for Plaintiff

6  DAVID GROSSMAN (SBN 211326)
   dgrossman@loeb.com
7  Loeb & Loeb LLP
   10100 Santa Monica Blvd., Suite 2200
8  Los Angeles, CA 90067
   Telephone: 310.282.2000
9  Facsimile: 310.282.2200

10 JONATHAN ZAVIN (Admitted Pro Hac Vice)
   jzavin@loeb.com
11 Loeb & Loeb LLP
   345 Park Ave.
12 New York, NY 10154
   Telephone: 212-407-4161
13 Facsimile: 212-658-9105

14 Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PAULA PETRELLA, an individual, | Case No. CV 09-0072 GW (MANx) |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| METRO-GOLDWYN-MAYER, INC., et al., | |
| Defendants. | |

LA2416236.1
202822-10081

NOTICE OF SETTLEMENT

1  PLEASE TAKE NOTICE that the above-captioned matter has been settled.

2  Plaintiff intends to file a request for dismissal with the Court within the next
3  month.

4  The parties respectfully request that the Motion for Summary Judgment
5  currently set for April 27, 2015 at 8:30 a.m., be taken off calendar.

6

7  Dated: April 3, 2015         KULIK GOTTESMAN & SIEGEL LLP
                                GLEN L. KULIK
8

9                               By:    */s/ Glen L. Kulik*
                                    Glen L. Kulik
10                                  Attorneys for Plaintiff
                                    Paula Petrella
11

12 Dated: April 3, 2015         LOEB & LOEB LLP
                                JONATHAN ZAVIN
13                              DAVID GROSSMAN

14
                                By:    */s/ David Grossman*
15                                  David Grossman
                                    Attorneys for Defendants
16

17

18

19

20

21

22

23

24

25

26

27

28

LA2416236.1
202822-10081                    1                    NOTICE OF SETTLEMENT