JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA PETRELLA, an individual,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>METRO-GOLDWYN-MAYER, INC., a corporation; METRO-GOLDWYN-MAYER STUDIOS, INC., a corporation; METRO-GOLDWYN-MAYER HOME ENTERTAINMENT, LLC, a limited liability company; METRO-GOLDWYN-MAYER HOME ENTERTAINMENT DISTRIBUTION CORPORATION, a corporation; UNITED ARTISTS CORPORATION, a corporation; and 20TH CENTURY FOX HOME ENTERTAINMENT; LLC, a limited liability company.<br><br>　　　　　　Defendants. | CASE NO. CV 09-72-GW(MANx)<br><br>**ORDER DISMISSING ACTION PURSUANT TO RULE 41(a)(1)(ii)**<br><br>[Stipulation filed concurrently herewith] |

1    Pursuant to the Notice of Settlement filed April 3, 2015 (Doc. 204), and the
2 Stipulation for Dismissal filed by parties concurrently herewith, the court hereby
3 orders that the action be dismissed in its entirety with prejudice with both sides to
4 bear their own legal fees and costs.
5    IT IS SO ORDERED this 17th day of April, 2015.

_____
Hon. George H. Wu
United States District Judge